UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIN KIM,<br><br>Plaintiff,<br><br>-v-<br><br>RESIDENCE INN BY MARRIOTT, LLC et al.,<br><br>Defendants. | 26-CV-5846 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's July 28, 2026 Order, ECF No. 11, Plaintiff Min Kim was required to file an amended complaint no later than **August 11, 2026**. To date, Plaintiff has not filed an amended complaint. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 21, 2026**. Failure to file an amended complaint by that deadline may result in the case being dismissed for lack of subject matter jurisdiction, *see* ECF No. 5, or for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge